IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYER HAZELWOOD, *et al.*, | No. C 12-1313 SI |
| Plaintiffs, | **ORDER OF RECUSAL AND REQUEST FOR IMMEDIATE REASSIGNMENT IN LIGHT OF PENDING MOTION FOR REMAND** |
| v. | |
| A.W. CHESTERTON CO, *et al.*, | |
| Defendants. | |

On March 27, 2012, this case was reassigned to the undersigned judge. I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F of the Assignment Plan of this Court. The Court directs the Clerk to expedite the reassignment in light of the pending motion to remand.

**IT IS SO ORDERED.**

Dated: March 30, 2012

SUSAN ILLSTON
United States District Judge