WILLIAM A. LEVIN, ESQ. (SBN 98592)
LAUREL L. SIMES, ESQ. (SBN 134637)
SEAN P. WORSEY, ESQ. (SBN 215807)
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:     (415) 426-3000
Facsimile:     (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
sworsey@levinsimes.com

JEFFREY A. KAISER, ESQ. (SBN 160594)
**KAISER GORNICK LLP**
100 First Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 857-7400
Facsimile:     (415) 857-7499
jkaiser@kaisergornick.com

Attorneys for Plaintiffs
MOYER HAZELWOOD and SUE HAZELWOOD

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MOYER HAZELWOOD AND SUE HAZELWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. 3:12-CV-01313-CW<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION OF PLAINTIFFS AND DEFENDANT PNEUMO ABEX LLC TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO REMAND**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>San Francisco, CA<br><br>Trial Date (Alameda Superior Court):  In Trial |

### STIPULATION OF THE PARTIES

Due to the fact that plaintiff, Moyer Hazelwood is suffering from a terminal form of cancer.  Plaintiffs and defendant Pneumo Abex LLC, through their respective counsel hereby stipulate that Plaintiffs' Motion to Remand shall be heard on shortened time and pursuant to the

- 1 -

[~~PROPOSED~~] ORDER AND STIPULATION OF PLAINTIFFS AND DEFENDANT PNEUMO ABEX LLC TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO REMAND

1  following schedule:

2  1. Plaintiff's Motion to Remand shall be heard on Friday, April 13, 2012, at 9:00 a.m. or as soon thereafter as the Court's calendar may permit;

3  2. Defendant's Opposition shall be filed and served no later than seven (7) days from the date of the hearing.

4  3. Plaintiffs' Reply to Opposition, if any, shall be filed and served no later than four (4) days from the date of the hearing.

5  4. Plaintiffs shall file and serve their Motion for Remand by 4:00 p.m. on March 29, 2012

IT IS SO STIPULATED.

Dated: March 29, 2012

LEVIN SIMES LLP

William A. Levin
Laurel L. Simes
Sean P. Worsey
Attorneys for Plaintiffs Moyer Hazelwood and Sue Hazelwood

Dated: March 29, 2012

BRYDON HUGO & PARKER

Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant Pneumo Abex LLC

IT IS SO ORDERED. Except that the hearing will be held on April 12, 2012 at 2 pm in Courtroom 2, Oakland Division.

Dated: April 3, 2012

Honorable CLAUDIA WILKEN
United States District Court Judge

- 2 -

[PROPOSED] ORDER AND STIPULATION OF PLAINTIFFS AND DEFENDANT PNEUMO ABEX LLC TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO REMAND